# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHAN JOSEPH REIGLE,** | : | **CIVIL NO. 1:15-CV-1408** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **WARDEN BRUCE KOVACH,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 15th day of June, 2017, upon consideration of defendants' motion (Doc. 33) to dismiss, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 33) to dismiss is GRANTED.

2. <u>Plaintiff is granted twenty (20) days from the date of this order to file a proposed amended complaint. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.</u>

3. Should defendants file a motion to dismiss any amended complaint, plaintiff must file a brief in opposition to such motion within fourteen (14) days after service of defendants' brief. <u>See</u> M.D. Pa. Local Rule 7.6

                                                    /S/ CHRISTOPHER C. CONNER
                                                    Christopher C. Conner, Chief Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania