# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHAN JOSEPH REIGLE,** | : | **CIVIL NO. 1:15-CV-1408** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **WARDEN BRUCE KOVACH,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of July, 2017, upon consideration of the court's memorandum and order (Docs. 42, 43) dated June 15, 2017, granting defendants' motion (Doc. 33) to dismiss the complaint, affording plaintiff the opportunity to amend the complaint, but forewarning him that failure to timely file a properly supported amended complaint would result in dismissal of this action without further notice of court, and upon further consideration of plaintiff's failure to file a proposed amended complaint, it is clear that plaintiff has failed to comply with the court order (Doc. 43), or adhere to the standards set forth therein, and that because plaintiff refuses to comply with the court order, this action is subject to dismissal, see Bricker v. Harlow, 2009 WL 1743905, at *1, 3 (M.D. Pa. 2009) (noting that *pro se* litigants are not free to ignore the Federal Rules of Civil Procedure and dismissing the action because plaintiff failed to comply with the court's orders); Iseley v. Bitner, 216 F. App'x 252, 255 (3d Cir. 2007) (finding that dismissal by the court on its

own initiative is warranted where plaintiff fails to comply with court orders directing adherence to rules governing joinder of parties and claims), it is hereby ORDERED that:

1. The Clerk of Court is directed to CLOSE this case.

2. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania